IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20829
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OSCAR MURILLO BECERRA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-56-1
- - - - - - - - - -
August 25, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Oscar
Murillo Becerra has moved to withdraw and filed a brief as
required by Anders v. California, 386 U.S. 738 (1967), and we
have independently reviewed counsel's brief and the record and
have found no nonfrivolous issue.  Accordingly, counsel is
excused from further responsibilities herein, and the APPEAL IS
DISMISSED.  See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.